**No. 47991.**—Protests 540057–G, etc., of A. D. Cohen Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the protests were sustained.